FILED

United States District Court
Middle District of Florida
Jacksonville Division



Akeem Muhammad,    Case no. 3:11-cv-1202-HLA-MCR
   Plaintiff,

v.

M. Epperley; J. Burnsed;
B. Williams; Michael Maddox;
J. Kelsey; T. Herring,
   Defendants.

---

Second Amended Civil Rights Complaint Under
The Civil Rights Act, 42 U.S.C. 1983, and Demand
For Jury Trial

I). Parties:

1). Plaintiff Akeem Muhammad, DC #706732, Florida State Prison, 7819 NW 228 St., Raiford, FL 32026.

2). Defendant Michael Epperley, correctional captain, Florida State Prison, Starke, FL 32091.

3). Defendant J. Burnsed, correctional sergeant, Florida State Prison, Starke, FL 32091.

1. of 11.



LEGAL MAIL PROVIDED TO
FLORIDA STATE PRISON
ON
OCT 04 2012
FOR MAILING
INMATES INITIALS

4). Defendant B. Williams, correctional sergeant, Florida State Prison, Starke, FL 32091.

5). Defendant Michael Maddox, correctional sergeant, Florida State Prison, Starke, FL 32091.

6) Defendant J. Kelsey, correctional officer, Florida State Prison, Starke, FL 32091.

7). Defendant T. Herring, correctional officer, Florida State Prison, Starke, FL 32091.

## II). Statement of Facts:

8). The incident alleged herein occured on 8/27/11 at Florida State Prison (FSP) in "B-Wing", a solitary confinement housing unit.

9). On 8/27/11, Plaintiff Akeem Muhammad was an inmate at FSP housed in cell B-1209.

10). Plaintiff stands 5'5 feet, weighed approximately 130 pounds on 8/27/11, and is a white male.

11). Plaintiff suffers from a major heart condition, congenital heart disease, spina biffida, colitis and irritable bowel syndrome.

12). Plaintiff walks and moves around normally, and does not require physical assistance to walk.

13). On 8/27/11, Plaintiff was fasting, and Plaintiff had been fasting from FAJR to sunset daily since 8/1/11 because it was the fasting month of Ramadan.

2.

14). On 8/27/11, Defendant M. Epperley, w/m, was employed as a correctional captain at FSP and acted under color of state law from 8:00 a.m. to 4:00 p.m.

15). On 8/27/11, Defendant J. Burnsed, w/m, was employed as a correctional officer at FSP and acted under color of state law from 8:00 a.m. to 4:00 p.m.

16). Burnsed stands approximately 6'2 feet, is muscular built, and weighs approximately 220 pounds.

17). On 8/27/11, Defendant B. Williams, w/m, was employed as a correctional officer at FSP and acted under color of state law from 8:00 a.m. to 4:00 p.m.

18). Williams stands approximately 6'2 feet, was muscular built on 8/27/11, and weighed approximately 220 pounds on 8/27/11.

19). On 8/27/11, Defendant Michael Maddox was employed as a correctional sergeant at FSP and acted under color of state law from 8:00 a.m. to 4:00 p.m.

20). On 8/27/11, Defendant J. Kelsey, w/m, was employed as a correctional officer at FSP and acted under color of state law from 8:00 a.m. to 4:00 p.m.

21). On 8/27/11, Defendant T. Herring, w/m, was employed as a correctional officer at FSP and acted under color of state law from 8:00 a.m. to 4:00 p.m.

22). On 8/27/11, at approximately 10:46 a.m., Epperley, Williams and Maddox approached Plaintiff's cell B-

3.

1209, with Maddox standing behind Williams.

23). Epperley and Williams then ordered Plaintiff to turn around and submit to handcuffs behind his back, so that his beard could be shaved off.

24). Plaintiff then turned around to be handcuffed.

25). Epperley then backed away from Plaintiff's door and Maddox moved up and opened the food slot in Plaintiff's cell door.

26). Burnsed and then Kelsey appeared on the scene in front of Plaintiff's cell door.

27). Maddox, Williams and Burnsed stood around Plaintiff's cell door and one of them placed handcuffs on Plaintiff's hands behind his back through the food slot in the door.

28). Maddox then backed away from Plaintiff's cell door.

29). At approximately 10:49 a.m., Herring unlocked Plaintiff's cell door from a panel at the end of the hallway.

30). At approximately 10:49 a.m., Williams and Burnsed opened Plaintiff's cell door, and Plaintiff turned around and faced them.

31). Williams then stepped halfway into Plaintiff's cell and made a quick motion with his fist or hand at Plaintiff, and Plaintiff spontaneously stepped back.

32). Epperley, Maddox and Kelsey stood behind

4.

Burnsed and Williams looking at them and looking inside Plaintiff's cell.

33). Williams and Burnsed then walked in Plaintiff's cell, and Plaintiff backed up to the rear of his cell.

34). Williams then grabbed Plaintiff's right arm.

35). Burnsed then maliciously and sadistically, without need or provocation, punched Plaintiff real hard in the middle of his chest and continued to maliciously and sadistically, without need or provocation, punch Plaintiff real hard many times in his chest, ribs, sternum, mouth and forehead. Plaintiff then fell to the ground.

36). Plaintiff had lost conscious after Burnsed's first punch to the middle of his chest.

37). Williams watched Burnsed punch Plaintiff and failed to take any steps to stop Burnsed from punching Plaintiff. Williams may have also punched Plaintiff while he was unconscious.

38). Williams or Burnsed then told Plaintiff to get up. Plaintiff was unconscious and in a drunk-like state.

39). There is reason to believe that while Plaintiff was on the ground unconscious, Burnsed or Williams maliciously and sadistically stood on Plaintiff's left ribs and sternum or left side of his chest.

5.

40). Maddox, Epperley and Kelsey witnessed Burnsed punch Plaintiff the first time in his chest and they all walked off while hearing Burnsed continue to punch Plaintiff many times, and they all failed to take any steps to stop Burnsed from punching Plaintiff or from using unnecessary and excessive force on Plaintiff.

41). At approximately 10:51 a.m., Williams and Burnsed picked up Plaintiff, who was unconscious and suffering from a concussion, and while holding up Plaintiff by his forearms, took Plaintiff out of his cell to the B-Wing second floor shower cell and left him therein.

42). At approximately 10:52 a.m., inmate Jared Hunt, who was housed in cell B-1213, called out to Williams and Burnsed and admonished them for physically abusing Plaintiff.

43). At approximately 11:14 a.m., Plaintiff regained some conscious while in the shower cell to find himself handcuffed behind his back, squatting down, spitting out blood through a swollen mouth, and suffering severe physical pain in his ribs, sternum and head.

44). At approximately 11:24 a.m., Williams and Burnsed entered the shower cell and Williams held Plaintiff up against the bars while Burnsed shaved Plaintiff's face and head.

6.

45). At approximately 11:38 a.m., Williams and Burnsed held up Plaintiff by the forearms and while holding him up, took Plaintiff back to cell B-1209, closed the cell door and removed the handcuffs from Plaintiff's hands.

46). At approximately 11:39 a.m., Burnsed and Williams approached cell B-1213 and threatened inmate Hunt with bodily harm. Williams threatened to break Hunt's ribs.

47). Herring observed Plaintiff's unconscious and drunk-like state and Plaintiff's swollen and bloody mouth, and he became aware that Williams and/or Burnsed had physically abused Plaintiff in cell B-1209, however, Herring failed to report the incident and failed to take any steps to secure medical or other help for Plaintiff.

48). Herring, Burnsed, Williams, Epperley, Maddox, and Kelsey conspired to cover-up Williams and/or Burnsed's use of force on Plaintiff and Plaintiff's resulting physical injuries.

49). All FSP security staff have pledged allegiance to a "code of silence" or to not report staff abuse of inmates, and when possible, to assist in covering-up staff abuse of inmates.

50). At 4:00 p.m., the FSP shift changed.

51). At approximately 4:10 p.m., Plaintiff declared a

7.

medical emergency to the new B-wing supervisor and advised that he had been physically abused by staff.

52). @. At approximately 4:30 p.m., Plaintiff was seen by FSP nurse T. Archer, who observed the following injuries on Plaintiff: a swollen mouth on the left side; a cut mouth on the left side; a dark red bruise the size of a fifty cent piece on the right side of his forehead; a black and blue bruise on his upper right side chest; a black and blue bruise on the middle of his chest; a black and blue bruise on his chest covering his right ribs; a red bruise on his chest covering his left sternum; and a red bruise on his chest covering his right sternum. ⓑ. However, Archer failed to document Plaintiff's three black and blue bruises, minimized Plaintiff's black and blue bruise on the middle of his chest, and only documented the following injuries in Plaintiff's medical file: Abrasion Ⓡ side forehead; redness to Ⓡ side chest; small reddened area above umbilicus; redness to Ⓛ clavicle; and abrasion to Ⓛ side upper/lower lip. Ⓒ. Archer refered Plaintiff to be seen by an FSP doctor on Monday 8-29-11.

53). FSP medical staff have a history of failing to document inmates' visible physical injuries and medical complaints and have a history of minimizing inmates' injuries and medical complaints for ulterior reasons

54). FSP doctors do not work on Saturdays or Sundays.   8-27-11 was a Saturday.

8.

55). On 8/29/11, Plaintiff was seen by FSP doctor G.A. Espino. Plaintiff advised Espino of what transpired on 8-27-11 and of his physical injuries and pain. Espino evaluated Plaintiff's ribs and sternum and advised Plaintiff that his ribs and sternum were severely bruised, which would cause severe physical pain for a long time.

56). As a result of Williams and/or Burnsed's use of unnecessary and excessive force on Plaintiff, and Eppersley, Maddox, Kelsey and Williams' failure to take any steps to stop Burnsed from using unnecessary and excessive force on Plaintiff, Plaintiff suffered physical injuries including a concussion; a loss of memory and conscious for approximately 24 Minutes; a swollen mouth on the left side; a cut mouth on the left side; dark black and blue bruising on the inside of his mouth on the left side; a dark red bruise the size of a fifty cent piece on his forehead on the right side; a black and blue bruise on his upper right side chest; a black and blue bruise on the middle of his chest; a black and blue bruise on his chest covering his right ribs; a red bruise on his chest covering his left sternum; a red bruise on his chest covering his right sternum; severe pain in his head for approximately 24 hours; daily headaches; swollen left ribs; and severely bruised ribs and sternum for approximately 30 days which caused severe physi-

9.

cal pain in his ribs and sternum for approximately 30 days, and the severe physical pain impaired Plaintiff's normal abilities to breath, move, walk, sleep, talk, sneeze, cough and laugh for approximately 30 days.

### III). Statement of Claims:

57). Plaintiff sues Epperley, Burnsed, Williams, Maddox, Kelsey and Herring in their individual capacity.

58). Williams and/or Burnsed's use of unnecessary and excessive force on Plaintiff constitutes cruel and unusual punishment in violation of the 8th Amendment to the U.S. Constitution.

59). Williams, Epperley, Maddox, Kelsey and Herring's failure to take any steps to stop Burnsed from using or continuing to use unnecessary and excessive force on Plaintiff and their conspiracy to cover-up Burnsed's use of unnecessary and excessive force on Plaintiff and Plaintiff's resulting physical injuries constitute cruel and ususual punishment in violation of the 8th Amendment to the U.S. Constitution.

### IV). Requested Relief:

Wherefore, Plaintiff requests:

(A). An award of compensatory and punitive damages against Burnsed, Williams, Epperley, Maddox, Kelsey and Herring for maliciously violating Plaintiff's

10.

rights and for Plaintiff's resulting physical injuries.

B). An award of costs.

C). Any other relief Plaintiff may be entitled to.

I). <u>Jury Demand</u>:

Plaintiff demands a jury trial.

I, Akeem Muhammad, declare under penalty of perjury that the foregoing statements are true and correct.

Signed this 30th day of September, 2012.

_____
Akeem Muhammad 706732
FSP, 7819 NW 228 St.
Raiford, FL 32026

I certify that on 10/4/12, a copy of the foregoing was mailed via prison officials to Jamie Braun, AAG, The Capitol, PL-01, Tallahassee, FL 32399.

_____
Akeem Muhammad

11.