FILED

2014 NOV 19 PM 12:26

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

RECEIVED
UNION CORRECTIONAL INSTITUTION
NOV 17 2014
BY_____ FOR MAILING

United States District Court
Middle District of Florida (Jacksonville)

Akeem Muhammad,    Case no. 3:11-cv-01202-HLA-MCR
    Plaintiff,
v.
M. Epperley, et. al.,
    Defendants.

## Plaintiff's Supplemental Pretrial Narrative Statement

Plaintiff, pro se, hereby submits his Supplemental Pretrial Narrative Statement as follows:

## List of Additional Non-Inmate Witnesses and Summary of Expected Testimony:

1). Captain Robert Bonsall
    Florida State Prison
    7819 NW 228 St.
    Raiford, FL 32026

Bonsall is expected to testify about his 8/27/11 investigation into Plaintiff's claim of staff abuse on 8/27/11.

2). <u>Inspector Eric Hall</u>, Florida State Prison, 7819 nw 228 st., Raiford, FL 32026.

Hall is expected to testify about his investigation into Plaintiff's claim of being abused by staff on 8/27/11.

3). <u>Officer Kim Adams</u>, Florida State Prison, 7819 nw 228 st., Raiford, FL 32026

Adams will testify about her reporting of Plaintiff's claim of staff abuse on 8/27/11.

4). <u>Lieutenant Dennis Cauwenberghs</u>, Florida State Prison, 7819 nw 228 st., Raiford, FL 32026.

Cauwenberghs will testify about his 8-30-11 investigation into Plaintiff's claim of staff abuse on 8-27-11.

5). <u>Colonel Michael L. Tomlinson</u>, Florida State Prison, 7819 nw 228 st., Raiford, FL 32026.

Tomlinson will testify about his handling of the investigation into Plaintiff's claim of staff abuse on ~~████~~ 8-27-11.

6). <u>Assistant Warden Donald Jackson</u>, Florida State Prison, 7819 nw 228 st., Raiford, FL 32026.

Jackson will testify about his handling of the investigation into Plaintiff's claim of staff abuse on 8-27-11.

7). <u>Officer Micheal Vickers</u>, Florida State Prison, 7819 nw 228 st., Raiford, FL 32026.

Vickers will testify about her handling of Plaintiff's complaint that staff intended to destroy video recordings of part of the incident on 8-27-11.

Respectfully Submitted,

_____
Akeem Muhammad 706732
UCI, 7819 NW 228 St.
Raiford, FL 32026

I certify that on 11/17/14, a copy of the foregoing was mailed via prison officials to Jamie Braun, AAG, The Capitol, PL-01, Tallahassee, FL 32399.

_____
Akeem Muhammad

3.