# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

v.                                          Case No. 3:11-cv-1202

M. EPPERLEY, et al.,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John A. Tucker hereby appears as counsel for Plaintiff Akeem Muhammad in this action, and requests that all future filings and orders herein be forwarded to the undersigned.

DATED: April 15, 2015.

                                                                    /s/ John A. Tucker
                                                  John A. Tucker
                                                  Florida Bar No. 356123
                                                  Email: jtucker@foley.com
                                                  W. Bradley Russell
                                                  Florida Bar No. 29492
                                                  Email: wbrussell@foley.com
                                                  Foley & Lardner LLP
                                                  One Independent Drive, Suite 1300
                                                  Jacksonville, Florida 32202-5017
                                                  Tel. 904-359-2000
                                                  Fax 904-359-8700

                                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

          /s/ John A. Tucker
John A. Tucker
Florida Bar No. 356123
Email: jtucker@foley.com
W. Bradley Russell
Florida Bar No. 29492
Email: wbrussell@foley.com
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, Florida 32202-5017
Tel. 904-359-2000
Fax 904-359-8700

Attorneys for Plaintiff